IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEE. S. BROWN                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO.  3:09cv384-TSL-FKB

MICHAEL J. ASTRUE,                                                                        DEFENDANT
Commissioner of Social Security Administration

## ORDER

Before the Court is the Defendant's Motion for Reman under Sentence Four of 42 U.S.C. § 405(g) of the Social Security Act.  Having considered the motion, and the parties being in agreement on the issue, the Court finds that it is well taken and is hereby granted. Accordingly, this matter is hereby remanded to the agency to conduct further administrative proceedings, as set forth in the Defendant's Memorandum in support of the Motion.   Therefore, the Commissioner's decision is hereby reversed, and this case is dismissed without prejudice.  A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

SO ORDERED AND ADJUDGED this the   14th      day of   June    , 2010.


　　　　　　　　　　　　　　　　　　　　　　   /s/Tom S. Lee                                            
　　　　　　　　　　　　　　　　　　　　　　  UNITED STATES DISTRICT JUDGE