IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEE. S. BROWN                                                                                        PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:09cv384-TSL-FKB

MICHAEL J. ASTRUE,                                                                          DEFENDANT
Commissioner of Social Security Administration

## JUDGMENT

Pursuant to the order entered this date reversing and remanding this cause for further proceedings under sentence four of 42 U.S.C. § 405(g), the Court hereby enters this judgment, dismissing this case without prejudice. It is, therefore

ORDERED AND ADJUDGED that the Commissioner's decision is reversed, that this matter is remanded for further proceedings as set forth in the Defendant Commissioner's Motion and Memorandum in support of the Motion, and that this entire action is dismissed without prejudice.

SO ORDERED AND ADJUDGED this the    14th    day of   June       , 2010.


                                                                /s/Tom S. Lee
                                                                UNITED STATES DISTRICT JUDGE